

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| TAYLOR STONE WITT,<br>　　　Plaintiff,<br><br>vs.<br><br>CABLE AD CONCEPTS, INC. and,<br>NORTHLAND COMMUNICATIONS CORP.,<br>　　　Defendants. | §<br>§<br>§<br>§  CIVIL ACTION NO. 8:08-3778-HFF-WMC<br>§<br>§<br>§<br>§ |

## ORDER

This case was filed as a job discrimination action. Plaintiff is proceeding pro se. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting that Defendants' motion for summary judgment (doc. No. 70) be granted as to all of Plaintiff's federal claims. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on April 29, 2010, but Plaintiff failed to file any objections to the Report. In the absence of such objections, the Court is not required to give any explanation for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of the Court that Defendants' motion for summary judgment (doc. No. 70) is **GRANTED** as to all of Plaintiff's federal claims. Those claims are **DISMISSED** with prejudice. Inasmuch as all of the federal claims have been dismissed, the Court declines to exercise supplemental jurisdiction over the remaining state claims. Consequently, Plaintiff's state claims are **DISMISSED** without prejudice so as to allow Plaintiff to pursue those claims in state court if she wishes to do so.

**IT IS SO ORDERED**.

Signed this 27th day of May, 2010, in Spartanburg, South Carolina.

s/ Henry F. Floyd
HENRY F. FLOYD
UNITED STATES DISTRICT JUDGE

*****
**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.